NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHERYL M. JACKSON | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 10-CV-04566 (DMC) |
| BENZEL BUSCH MOTOR CAR CORP., et al | |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Plaintiff, Cheryl M. Jackson, to proceed *informa pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's affidavit;

**WHEREAS** Plaintiff is employed by the Social Security Administration, earning $4,000 per month and has $200 in a savings or checking account, considerably more than what is needed to pay the filing fee required;

IT IS on this 4 day of October, 2010;

**ORDERED** that Plaintiff's motion to proceed *informa pauperis* is **DENIED**;

Dennis M. Cavanaugh, U.S.D.J.

Orig.:  Clerk
cc:     All Counsel of Record
        File